UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-242 |
| DAVID HANSON AND<br>CLIFFORD "SKIP" KEEN | SECTION "B"(4) |

## ORDER

Considering the government's "Unopposed Motion and Incorporated Memorandum to Continue Sentencing Hearing" (Rec. Doc. 37),

**IT IS ORDERED** that the motion to continue is **GRANTED.** The sentencing, currently scheduled for November 20, 2019, is hereby **CONTINUED** to **August 5, 2020** at **2:00 p.m. However,** the government shall file a motion for an earlier sentencing date **within 7 days** after resolution of *U. S. v. Strain*, Cr#19-173"H", if the resolution of that case occurs before July 2020.

New Orleans, Louisiana this 5th day of November, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE

1